IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOHN F. WRIGHT,

    Plaintiff,

v.

ERIC GLAUM, ISMAEL OZANNE, CHELSEA WETJEN, DIAN SCHLIPPER, TIMOTHY HELMBERGER, ANDRA NOLLENDORFS, MARIO WHITE, PATRICIA SOMMER, ELLEN BERZ, JOANNE KLOPPENBURG, PAUL LOGAN, TAMMY JOHNSON, PATIENCE ROGGENSACK, SHIRLEY ABRAHAMSON, ANN WALSH BRADLEY, N. PATRICK CROOKS, DAVID PROSSER, JR., ANNETTE ZIEGLER and MICHAEL GABELMAN,

    Defendants.

JUDGMENT IN A CIVIL CASE

17-cv-679-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

/s/                                                                11/05/2018

Peter Oppeneer, Clerk of Court                      Date